BETSY C. MANIFOLD (SBN 182450)
RACHELE R. BYRD (SBN 190634)
MARISA C. LIVESAY (SBN 223247)
BRITTANY N. DEJONG (SBN 258766)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

*Attorneys for Plaintiff*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE WANG, | Case No. 3:20-cv-07342-EMC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| MYOKARDIA, INC., SUNIL AGARWAL, M.D., MARY CRANSTON, TASSOS GIANAKAKOS, DAVID MEEKER, M.D., MARK PERRY, KIM POPOVITS, AND WENDY YARNO, | JUDGE:   Hon. Edward M. Chen<br>CTRM:    4 – 3rd Floor |
| Defendants. | |

1    PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure, rule
2  41(a)(1)(A)(i), plaintiff Elaine Wang ("Plaintiff") hereby voluntarily dismisses the above-captioned
3  action (the "Action") with prejudice.  Defendants have filed neither an answer nor a motion for
4  summary judgment. Plaintiff's dismissal of the Action is therefore effective upon the filing of this
5  notice.

7  DATED: November 30, 2020

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**

By:   */s/ Rachele R. Byrd*
         RACHELE R. BYRD

BETSY C. MANIFOLD
RACHELE R. BYRD
MARISA C. LIVESAY
BRITTANY N. DEJONG
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
livesay@whafh.com
dejong@whafh.com

Of Counsel:

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**
GLORIA KUI MELWANI
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
melwani@whafh.com

*Counsel for Plaintiff*

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: 11/30/2020

- 1 -

NOTICE OF VOLUNTARY DISMISSAL
Case No. 3:20-cv-07342-EMC